IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CALDWELL GROUP, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:19-CV-932 |
| | § | |
| FEDERAL INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Plaintiff Caldwell Group, LLC ("Caldwell") and defendant Federal Insurance Company ("Federal") file this Joint Alternative Dispute Resolution Report in accordance with Local Rule CV-88(b), and state as follows:

1. Caldwell, by and through its counsel, Douglas P. Skelley and Rebecca DiMasi, will be responsible for Caldwell's settlement negotiations.

2. Federal, by and through its counsel, Joseph Ziemianski and Bryan P. Vezey, will be responsible for Federal's settlement negotiations.

3. Caldwell is contemporaneously submitting a written offer of settlement to Federal, and Federal will respond in writing to Caldwell's offer on or before January 24, 2020.

4. The parties agree that alternative dispute resolution is appropriate in this case. Specifically, the parties have agreed to mediate with Donald R. Philbin, Jr., on January 29, 2020. The mediator will be compensated through his customary per-party fee to be paid by each participating party.

5. The undersigned counsel certify that their clients have been or will be informed of the ADR procedures available in the United States District Court for the Western District of Texas.

    Respectfully submitted,

    *s/ Douglas P. Skelley*
    Douglas P. Skelley
    State Bar No. 24056335
    doug@shidlofskylaw.com
    Rebecca DiMasi
    State Bar No. 24007115
    rebecca@shidlofskylaw.com
    SHIDLOFSKY LAW FIRM PLLC
    7200 N. Mopac Expressway, Suite 430
    Austin, Texas 78731
    512-685-1400
    866-232-8710 (Fax)
    **ATTORNEYS FOR PLAINTIFF**

    *s/ Joseph A. Ziemianski*
    Joseph A. Ziemianski
    State Bar No. 00797732
    jziemianski@cozen.com
    Bryan Vezey
    State Bar No. 00788583
    bvezey@cozen.com
    COZEN O'CONNOR
    1221 McKinney Ave., Suite 2900
    Houston, Texas 77010
    832-214-3900
    832-214-3905 (Fax)
    **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I certify that on January 11, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system.

                                              *s/ Joseph A. Ziemianski*
                                              Joseph A. Ziemianski